UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-174(1) JNE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | **ORDER** |
| v.   ) | |
| ) | |
| CORRAN BRENTON CUFF,   ) | |
| ) | |
| Defendant.   ) | |

Defendant, Corran Cuff has moved, pursuant to 18 U.S.C. § 3582(c), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases.  Based on a review of the file, record and proceedings herein,

**IT IS HEREBY ORDERED** that the motion is granted.  Defendant's sentence is amended to a period of TIME SERVED and he is ordered released from the custody of the Bureau of Prisons no later than November 15, 2011.  All other conditions previously imposed, including the term of supervised release, remain in effect, with the addition of the following condition.  The defendant shall reside for a period of up to 180 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.


Dated: November 4, 2011                              s/ Joan N. Ericksen
                                                                    Joan N. Ericksen, Judge
                                                                    United States District Court